UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CARLOS DURAN, | ) | Case No.: CV 10-01380 PSG |
| Plaintiff, | ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) | **(Re: Docket No. 14)** |
| OFFICER J. MARFIA, et al., | ) | |
| Defendants. | ) | |

On February 11, 2011, Plaintiff requested a continuance of the case management conference currently scheduled for February 15, 2011

IT IS HEREBY ORDERED that the case management conference is continued to 2:00 p.m. on March 1, 2011.

Dated: February 14, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge