UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS DURAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER J. MARFIA, et al.,<br><br>　　　　　Defendants. | Case No.: CV 10-01380 PSG<br><br>**FURTHER SCHEDULING ORDER** |

　　　　IT IS HEREBY ORDERED that a status conference shall be held on May 9, 2011 at 2 p.m. and each party shall file a case status statement no later than May 2, 2011.

Dated: March 4, 2011

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER