Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113

408-286-5150
policemisconduct@compuserve.com

Attorney for plaintiff CARLOS DURAN

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARLOS DURAN,<br>     *Plaintiff,*<br>v.<br><br>J. MARFIA, BADGE NO. 3254; SERGEANT DOLEZAL, BADGE NO. 2010; OFFICER MIZUHARA, BADGE NO. 3377; JOHN DOE and RICHARD ROE, individually and in their capacities as San Jose police officers, the true names and exact numbers of whom are unknown at this time; ROBERT DAVIS; DEBRA FIGONE; LESLIE WHITE; DEL BORGSDORF; CHUCK REED; RON GONZALES; CITY OF SAN JOSE, a municipal corporation; DOES 1 to 200<br>     *Defendants.* | No. CV 10-01380 PSG<br><br>STIPULATION AND<br>xxxxxxxxx] ORDER<br>REGARDING AMENDMENT OF<br>PLEADINGS AND RESPONSE |

  Several but not all defendants have been served in this matter.  The parties, through their counsel, have met and conferred regarding the pleadings in this matter, and have determined that the pleadings should be amended and certain parties dismissed from the action.  Therefore,

  **IT IS STIPULATED** plaintiff shall file a First Amended Complaint no later than 15 April 2011.

Page 1

1  **IT IS FURTHER STIPULATED** defendants shall have twenty days from the date of filing
2  of the first amended Complaint in which to file their responsive papers.

4  Dated: 1 April 2011

7  /s/ Anthony Boskovich
   _____
8  Anthony Boskovich
   Attorney for plaintiff

10  /s/ Steve Dippell
    _____
11  Steve Dippell
    Attorney for defendants City of San Jose, Dolezal, and Marfia

14  **IT IS SO ORDERED.**   Plaintiff shall file a First Amended Complaint no later than April 29, 2011. Defendants shall file any response no later than May 20, 2011.

16  Dated: ___April 14_____ 2011

    _Paul S. Grewal_
    _____
    Magistrate Judge of the United States District Court

Page 2

Boskovich & Appleton 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150