1  RICHARD DOYLE, City Attorney (#88625)
2  NORA FRIMANN, Assistant City Attorney (#93249)
   STEVEN B. DIPPELL, Sr. Deputy City Attorney (#121217)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California 95113-1905
   Phone: (408) 535-1900
5  Fax:   (408) 998-3131
   E-Mail: CAO.Main@sanjoseca.gov

6  Attorney for Defendants,
   CITY OF SAN JOSE, SGT. MARFIA and SGT. DOLEZAL
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12  CARLOS DURAN,                         Case Number: CV10-01380 PSG

13              Plaintiff,                **STIPULATION AND
                                          ORDER CONTINUING STATUS
14        v.                              CONFERENCE**

15  J. MARFIA, Badge No. 3254; SERGEANT
    DOLEZAL, Badge No. 2010; OFFICER
16  MIZUHARA, Badge No. 3377, et al.,

17              Defendants.

18

19                              **STIPULATION**

20      1.   On March 7, 2011, the Clerk of the Court provided the parties with notice

21  that the status conference in this case has been reset to May 10, 2011 at 2:00 p.m., and

22  that the parties are required to submit status conference statements by May 3, 2011.

23      2.   Pursuant to a stipulation of the parties, the court subsequently entered an

24  order on April 14, 2011, granting the plaintiff leave to file an amended complaint by April

25  29, 2011, and requiring the defendants to file any response no later than May 20, 2011.

26      3.   Plaintiff filed his First Amended Complaint on April 27, 2011.

27  //

28  //

                                        1

4. The parties herewith jointly request that both the May 10 status conference, and the May 3 deadline for filing a status conference statement, be postponed for approximately thirty days to give the defendants an opportunity to analyze and decide how to respond to the Plaintiff's First Amended Complaint before other case management issues are addressed.

Dated: May 2, 2011                                        BOSKOVICH & APPLETON

                                                                                       /s/ Anthony Boskovich
                                                                                       ANTHONY BOSKOVICH
                                                                                       Attorney at Law

Attorney for Plaintiff,
CARLOS DURAN

Dated: May 2, 2011                                        RICHARD DOYLE, City Attorney

By:    /s/ Steven B. Dippell
        STEVEN B. DIPPELL
        Sr. Deputy City Attorney

Attorney for Defendants,
CITY OF SAN JOSE, SGT. MARFIA, and SGT. DOLEZAL

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Steven B. Dippell and Anthony Boskovich, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Dated: May 2, 2011                                        By:    /s/ Steven B. Dippell
                                                                                                              STEVEN B. DIPPELL

//
//
//
//

**ORDER**

Having read and considered the parties stipulation, and finding good cause for the relief requested therein, it is herewith ordered that:

1. The Clerk's Notice of Resetting Status Conference dated March 7, 2011 is vacated;

2. The status conference for this matter is reset to Tuesday, June 7, 2011, at 2 p.m., before Magistrate Judge Paul S. Grewal, in Courtroom 5, 4th Floor of the United States District Court, 280 South First Street, San Jose, California; and

3. Status conference statement(s) shall be submitted to the court no later than May 31, 2011.

Dated: May 3, 2011

HON. PAUL S. GREWAL
USDC Magistrate Judge