RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
CLIFFORD S. GREENBERG, Senior Deputy City Attorney (#122612)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Phone: (408) 535-1900
Fax:    (408) 998-3131
E-Mail: CAO.Main@sanjoseca.gov

Attorney for Defendants, CITY OF SAN JOSE, ROBERT DAVIS, SGT. MARFIA, SGT. DOLEZAL and OFCR. MIZUHARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSÉ DIVISION

| | |
|---|---|
| CARLOS DURAN,<br><br>                 Plaintiff,<br><br>         v.<br><br>J. MARFIA, Badge No. 3254; SERGEANT DOLEZAL, Badge No. 2010; OFFICER MIZUHARA, Badge No. 3377, JOHN DOE and RICHARD ROE, individually and in their capacities as San José police officers, the true names and exact numbers of whom are unknown at this time; ROBERT DAVIS; CITY OF SAN JOSÉ, a municipal corporation; DOES 1 to 200,<br><br>                 Defendants. | NO. CV10-01380 PSG<br><br>**STIPULATION EXTENDING MEDIATION DEADLINE; AND ORDER** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION EXTENDING MEDIATION
DEADLINE; AND          | ORDER;
#CV10-01380 PSG

1

784918

1 | The parties in this matter stipulate to the continuation of this mediation beyond the
2 | original deadline of September 21, 2011. Because of the respective calendars of the
3 | attorneys, and Defendants' desire to depose Plaintiff prior to the mediation, the parties have
4 | scheduled the mediation on October 19, 2011 at 9:30 a.m. The parties request an order
5 | allowing the mediation to be conducted on that date. This short delay will not affect the
6 | remaining schedule or deadlines for any other events in this matter, which is currently
7 | scheduled for trial on May 7, 2012. United States District Court Mediator Arlene Rosen is in
8 | agreement with this continuation.

9 | DATED:     August 23, 2011            RICHARD DOYLE, City Attorney

10 |                                       By:   /s/ Clifford S. Greenberg
                                                CLIFFORD S. GREENBERG
11 |                                             Senior Deputy City Attorney

12 |                                       Attorney for Defendants, CITY OF SAN
                                          JOSE, ROBERT DAVIS, SGT. MARFIA,
13 |                                       SGT. DOLEZAL, and OFCR. MIZUHARA

14 |

15 | DATED:     August 23, 2011            BOSKOVICH & APPLETON

16 |                                       By:   /s/ Anthony Boskovich
                                                ANTHONY BOSKOVICH
17 |
                                          Attorney for Plaintiff CARLOS DURAN
18 |

19 |

20 | I affirm that Plaintiff's counsel has consented to the electronic filing of this document on
21 | plaintiffs' behalf.

22 | DATED:     August 23, 2011            RICHARD DOYLE, City Attorney

23 |                                       By:   /s/ Clifford S. Greenberg
                                                CLIFFORD S. GREENBERG
24 |                                             Senior Deputy City Attorney

25 |                                       Attorney for Defendants, CITY OF SAN
                                          JOSE, ROBERT DAVIS, SGT. MARFIA,
26 |                                       SGT. DOLEZAL, and OFCR. MIZUHARA

27 | ///
28 | ///

STIPULATION EXTENDING MEDIATION                    2                                    784918
DEADLINE; AND            ORDER;
#CV10-01380 PSG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

So ordered.  The deadline to mediate this matter is extended until October 19, 2011.

DATED:	August 25, 2011

*Paul S. Grewal* (signature)
THE HONORABLE PAUL S. GREWAL
UNITED STATES DISTRICT COURT