Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113

408-286-5150
policemisconduct@compuserve.com

Attorney for plaintiff CARLOS DURAN

**IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CARLOS DURAN,<br>    *Plaintiff,*<br>v.<br><br>J. MARFIA, BADGE NO. 3254; SERGEANT DOLEZAL, BADGE NO. 2010; OFFICER MIZUHARA, BADGE NO. 3377; JOHN DOE and RICHARD ROE, individually and in their capacities as San Jose police officers, the true names and exact numbers of whom are unknown at this time; ROBERT DAVIS; DEBRA FIGONE; LESLIE WHITE; DEL BORGSDORF; CHUCK REED; RON GONZALES; CITY OF SAN JOSE, a municipal corporation; DOES 1 to 200<br>    *Defendants.* | No. CV 10-01380 PSG<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER |

The parties have met and conferred regarding scheduling in this matter. Plaintiff Carlos Duran has been placed on an immigration hold in San Diego, California, and counsel have additionally been informed by plaintiff's immigration counsel that Mr. Duran will be detained into late 2012 at the very least. Because of this, the parties have not been able to meaningfully conduct discovery.

Stipulation                                                                                                                              Page 1

1 | Therefore,

3 | **IT IS STIPULATED** that fact discovery shall close on 27 January 2012

4 | **IT IS FURTHER STIPULATED** that expert disclosures with reports shall be due on 10 February 2012;

6 | **IT IS FURTHER STIPULATED** that expert discovery shall be close on 2 March 2012;

8 | Dated: 28 November 2011

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

/s/ Clifford Greenberg
_____
Clifford Greenberg
Attorney for defendants

**IT IS SO ORDERED.**

Dated: _____11/30/ 2011

_____
Magistrate Judge of the United States District Court